# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEITHEN JONES,**                                                **PLAINTIFF**
**ADC #085316**

v.                        **No. 4:13-cv-621-DPM**

**MCCOY, Counselor, Quality Living/ADC;**
**DINO DAVIS, CEO, Quality Living Center;**
**KEITH CURTIS, CO/CEO, Quality Living;**
**DOROTHY DOE, Clinical Pro, Quality Living;**
**and TAWANNA GREENLOW, Counselor,**
**Quality Living**                                        **DEFENDANTS**

## ORDER

Jones moves to proceed in *forma pauperis* in this § 1983 case. But Jones is a three-striker under the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). He has filed more than three cases that were dismissed as frivolous or for failure to state a claim upon which relief may be granted. *Jones v. Banks*, 2:95-cv-17-HW; *Jones v. Roberson*, 5:96-cv-123-JMM; *Jones v. Correctional Medical Services*, 5:03-cv-87-SWW; *Jones v. Does*, 4:05-cv-1092-SWW. And he does not fall within the exception to the three-strikes provision because he does not allege that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

-2-

Jones' motion to proceed *in forma pauperis*, № 1, is denied; his complaint is dismissed without prejudice. If he wishes to pursue this case, he must, within thirty days of the entry of this Order: (1) pay the full statutory filing fee of $400, noting the case style and number; and (2) file a motion to reopen the case. The Court certifies that an *in forma pauperis* appeal from this Order and the related Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 November 2013