IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITHEN JONES,  PLAINTIFF
ADC #085316

v.  No. 4:13-cv-621-DPM

MCCOY, Counselor, Quality Living/ADC;
DINO DAVIS, CEO, Quality Living Center;
KEITH CURTIS, CO/CEO, Quality Living;
DOROTHY DOE, Clinical Pro, Quality Living;
and TAWANNA GREENLOW, Counselor,
Quality Living  DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

14 November 2013