IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEITHEN JONES,**                                          **PLAINTIFF**
**ADC #085316**

v.                  No. 4:13-cv-621-DPM

**MCCOY, Counselor, Quality Living/ADC;**
**DINO DAVIS, CEO, Quality Living Center;**
**KEITH CURTIS, CO/CEO, Quality Living;**
**DOROTHY DOE, Clinical Pro, Quality Living;**
**and TAWANNA GREENLOW, Counselor,**
**Quality Living**                                  **DEFENDANTS**

**JUDGMENT**

Jones's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2013